IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVE NOBLE,**<br><br>                                        Plaintiff,<br><br>       v.<br><br>**JEANNE WOODFORD,**<br><br>                                        Defendant. | 1:05-CV-0321 OWW DLB P<br><br>**ORDER** |

The Court, having considered Defendant's request for an extension of time to serve responses to Plaintiff's request for production of documents, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted an extension of time, to and including, thirty days from the date of this order to serve responses to Plaintiff's request for production of documents.

IT IS SO ORDERED.

   **Dated:     March 29, 2006**                              **/s/ Dennis L. Beck**
3c0hj8                                                                    UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1