UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVE NOBLE, | ) | 1:05-CV-0321 OWW DLB P |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DIRECTING DEFENDANT TO RESPOND TO |
| v. | ) | MOTION FOR PRELIMINARY INJUNCTION |
| | ) | |
| WOODFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint. On May 9, 2006, plaintiff filed a motion for preliminary injunction regarding visitation. Defendant is HEREBY ORDERED to respond to said motion within 20 days of this order.

IT IS SO ORDERED.

Dated:  May 9, 2006     **/s/ Dennis L. Beck**
3c0hj8             UNITED STATES MAGISTRATE JUDGE