IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVE NOBLE,** | 1:05-cv-0321 OWW DLB P |
| Plaintiff, | **ORDER** |
| v. | |
| **JEANNE WOODFORD,** | |
| Defendant. | |

The Court, having considered Defendant's request for an extension of time to file an opposition to Plaintiff's motion for a preliminary injunction, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted an extension of time, to and including, thirty days from the date of this order to file an opposition to Plaintiff's motion for a preliminary injunction.

IT IS SO ORDERED.

    **Dated:**   **June 12, 2006**           **/s/ Dennis L. Beck**
3c0hj8                                             UNITED STATES MAGISTRATE JUDGE