IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVE NOBLE,**<br><br>            Plaintiff,<br><br>v.<br><br>**JEANNE WOODFORD,**<br><br>            Defendant. | 1:05-cv-0321 OWW DLB P<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

The Court, having considered Defendant's request for a second extension of time to file an opposition to Plaintiff's motion for a preliminary injunction, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted an extension of time, to and including, ten court days from the date of this order to file an opposition to Plaintiff's motion for a preliminary injunction.

IT IS SO ORDERED.

  Dated:   July 14, 2006                    /s/ Dennis L. Beck
3c0hj8                                UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*

1