UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE NOBLE,<br><br>  Plaintiff,<br><br> v.<br><br>WOODFORD, et al.,<br><br>  Defendants. | 1:05-CV-00321-OWW-DLB-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (DOCUMENT #39) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 18, 2006, plaintiff filed a request to extend time to file a reply to defendants' opposition to plaintiff's motion for preliminary injunction. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a reply to defendants' opposition to plaintiff's motion for preliminary injunction.

IT IS SO ORDERED.

**Dated:   September 18, 2006**          **/s/ Dennis L. Beck**
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE