IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE NOBLE, | CASE NO. CV-F-05-0321 OWW DLB P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ORDER DIRECTING PRISON TO PROVIDE COPYING SERVICE (Doc. 41) |
| J. WOODFORD, et al., | |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint, filed March 7, 2005 against J. Woodford, for enacting, implementing, and/or enforcing policies and/or practices that resulted in the denial of visitation with plaintiff's child. On October 2, 2006, plaintiff filed a motion seeking a court order mandating that prison officials provide him with "duplicating services."

This court has no jurisdiction to grant the relief requested. This action is proceeding on plaintiff's claim that he was denied visitation with his child. Plaintiff's request is unrelated to the issues in this case. Further, the officer who allegedly denied the copying service is not a defendant in this case.

Accordingly, plaintiff's request for an order commanding the prison to provide duplicating services is DENIED. However, the Court will extend plaintiff's current deadline to file a reply to defendant's opposition to motion for preliminary injunction. Plaintiff's reply shall be filed on or before November 15, 2006.

IT IS SO ORDERED.

**Dated:**   **October 4, 2006**              **/s/ Dennis L. Beck**
3b142a                                        UNITED STATES MAGISTRATE JUDGE

1