1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11

STEVE NOBLE,                                          CASE NO. CV-F-05-0321 OWW DLB P

12

                    Plaintiff,              _____ ORDER DENYING PLAINTIFF'S
                                                    MOTION FOR SANCTIONS

13

          vs.

14

WOODFORD,

15

                    Defendant.

16

_____/                     [Doc. 31]

17
18

          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action

19

pursuant to 42 U.S.C. § 1983.  On May 6, 2006, the Court ordered defendant to file a response to

20

plaintiff's motion for preliminary injunction in which plaintiff sought relief from a prison regulation

21

prohibiting him from visiting with his minor child.  On May 31, 2006, defendant sought an extension

22

of time in which to respond to the motion for preliminary injunction.  Defendant represented that

23

plaintiff was scheduled to be seen by a classification committee on June 13, 2006 for consideration of

24

his visitation status.  In support of the motion for extension of time, defendant submitted the April 11,

25

2006 classification committee hearing report that imposed the restriction on plaintiff and reflected the

26

continued hearing date.  On June 26, 2006, plaintiff filed a motion for sanctions against defendant and

27

her counsel pursuant to Federal Rule of Civil Procedure 11, claiming that the April 11, 2006

28

classification chrono included false and derogatory information that was likely to be relied on by the

1

1   Court.  Plaintiff also moved to strike the chrono from the court's file.  Defendant filed an opposition to

2   the motion for sanctions on July 18, 2006.

3          Pursuant to the Federal Rules of Civil Procedure, Rule 11, "by presenting to the court a pleading

4   . . . a party is certifying that to the best of the person's knowledge, information, and belief, formed after

5   an inquiry reasonable under the circumstances . . . the claims, defenses, and other legal contentions

6   therein are warranted by existing law or by a nonfrivolous argument for the extension, modification, or

7   reversal of existing law or the establishment of new law." Fed. R. Civ. P. 11(b)(2).  A court may, on its

8   on initiative, enter an order describing specific conduct that appears to violate subdivision (b) and

9   directing a party to show cause why it has not violated subdivision (b) with respect thereto. Fed. R. Civ.

10  P. 11(c)(1)(B).  If, after notice and a reasonable opportunity to respond, the court determines that

11  subdivision (b) has been violated, the court may impose appropriate sanctions upon parties that have

12  violated subdivision (b). Fed. R. Civ. P. 11(b).  Rule 11 authorizes the imposition of both monetary and

13  nonmonetary sanctions, including the striking of individual claims or defenses that are deemed frivolous.

14  Fed. R. Civ. P. 11(c)(2); Committee Notes on Amendments to Federal Rules of Civil Procedure (1993).

15         Defendant nor her counsel violated Rule 11 by filing the April 11, 2006 motion for extension of

16  time.  The extension was sought because defendant thought the classification committee hearing may

17  eliminate the need for a preliminary injunction.  The chrono was attached to the motion to show the

18  upcoming hearing date.  Defendant did not rely on the substance of the chrono or in any way or represent

19  that the remaining contents of the chrono were accurate.  To the extent defendant will use the chrono

20  in any dispositive motion in the future, plaintiff will have the opportunity to dispute its contents.

21         Plaintiff's motion for sanctions pursuant to Rule 11 and motion to strike the attachment to

22  defendant's motion is HEREBY DENIED.

23         IT IS SO ORDERED.

24  **Dated:   March 8, 2007**                    **/s/ Dennis L. Beck**

    3c0hj8                                        UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                    2