UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE JOSEPH NOBLE, IV,<br><br>   Plaintiff,<br><br>   v.<br><br>JEANNE WOODFORD,<br><br>   Defendant. | 1:05-CV-0321 OWW DLB PC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #51) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 22, 2007, plaintiff filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

Dated:   **April 30, 2007**          **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE