IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVE NOBLE,**<br><br>                                        Plaintiff,<br><br>v.<br><br>**JEANNE WOODFORD,**<br><br>                                        Defendant. | 1:05-CV-0321 OWW DLB P<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE HER PRETRIAL STATEMENT** |

The Court, having considered Defendant's request for an extension of time to file her pretrial statement, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted an extension of time, to and including, August 17, 2007, to complete and file her pretrial statement.

IT IS SO ORDERED.

Dated:   **August 8, 2007**                            /s/ Dennis L. Beck
                                                                    UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1