UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE NOBLE, | 1:05-cv-00321-OWW-DLB-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 48) |
| vs. | |
| J. WOODFORD, et al., | **ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF** (Docs. 20 & 25) |
|     Defendants. | |

Plaintiff, Steve Noble ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 27, 2007, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed on or before March 14, 2006 [sic]. On March 20, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation. On April 2, 2007, defendant filed a reply to plaintiff's objections.

1

1  //

2       In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendation to
6  be supported by the record and by proper analysis.
7       Accordingly, IT IS HEREBY ORDERED that:
8       1.   The Findings and Recommendation, filed February 27,
9  2007, are ADOPTED IN FULL; and,
10      2.   Plaintiff's motions for preliminary injunctive relief,
11  filed January 30, 2006 and May 5, 2006, are DENIED.
12 IT IS SO ORDERED.
13 **Dated:   August 8, 2007**           **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE