UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE NOBLE, ) ) | |
| ) Plaintiff, ) ) v. ) ) JEANNE WOODFORD, ) ) ) Defendant ) _____) | 1:05-cv-321 OWN DLB P<br><br>ORDER VACATING TRIAL DATE DUE TO ATTORNEY/CLIENT CONFLICT |

    Good cause having been established arising from a conflict between the defendant and her attorneys, the trial date presently set for December 11, 2007 is vacated.

    Once new attorneys for the defendant have entered the case a new trial date will be set.

IT IS SO ORDERED.

**Dated:   December 6, 2007**          /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE

1