UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN JOSEPH NOBLE, | ) | CIV F 05 0321 OWW DLB P |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER VACATING NOVEMBER 9, 2007 ORDER |
| v. | ) | AND WRIT OF HABEAS CORPUS AD |
| | ) | TESTIFICANDUM AS TO STEVEN JOSEPH NOBLE |
| JEANNE WOODFORD, | ) | |
| | ) | (DOCUMENT #75) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, Steven Joseph Noble is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On November 9, 2007, the court issued an order and Writ of Habeas Corpus ad Testificandum to transport said witness, commanding the Warden of High Desert State Prison to produce California prisoner Steven Joseph Noble #D-74884 in this court on December 11, 2007, to testify at trial in this action.

In a separate order, the court granted defendant's emergency motion to vacate the trial date due to an attorney/client conflict. Accordingly, the order and writ issued on November 9, 2007,

1

commanding the production of inmate Steven Joseph Noble, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **December 10, 2007**          /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

2