UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVE JOSEPH NOBLE, | ) | CIV F 05 0321 OWW DLB P |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER VACATING OCTOBER 8, 2008 ORDER AND |
| v. | ) | WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| | ) | AS TO STEVE JOSEPH NOBLE |
| JEANNE WOODFORD, et al., | ) | |
| | ) | (DOCUMENT #101) |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On October 8, 2008, the court issued an order and Writ of Habeas Corpus ad Testificandum to transport said witness, commanding the Warden of Corcoran State Prison to produce California prisoner Steve Joseph Noble CDC#D-74884 in this court on November 4, 2008, to testify at trial in this action.

On October 17, 2008, a Settlement Conference was held. After settlement negotiations, the case settled. In a separate order issued concurrently with this order, the court will vacate the bench trial date of November 4, 2008. Accordingly, the order and writ

1

issued on October 8, 2008, commanding the production of inmate Steve Joseph Noble, is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   October 17, 2008**             /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE