# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE NOBLE, | CASE NO. 1:05-CV-0321-OWW-DLB-P |
| Plaintiff, | **ORDER VACATING NOVEMBER 4, 2008 TRIAL DATE** |
| v. | |
| JEANNE WOODFORD, | |
| Defendant. | |

Plaintiff Steve Noble ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This matter is currently set for a court trial before the Honorable Oliver W. Wanger on November 4, 2008. On October 17, 2008, a Settlement Conference was held before the Honorable Magistrate Judge Dale A. Drozd. After settlement negotiations, the case settled. The terms and conditions were placed on the record in open court. A Settlement Agreement and Dismissal shall be filed with the Court within 60 days. Accordingly, the trial date of November 4, 2008 is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   October 17, 2008           /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE

1