MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884

Attorneys for Defendant,
JEANNE WOODFORD

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| STEVE J. NOBLE IV,<br><br>  Plaintiff,<br><br>vs.<br><br>JEANNE WOODFORD,<br><br>  Defendants. | CASE NO. 1:05-cv-00321 OWW-DLB P<br><br>**STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1) & (2)]** |

It is hereby stipulated, pursuant to Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure, by and between the Plaintiff, STEVE J. NOBLE IV, and Defendant JEANNE WOODFORD, by and through her attorney, Shanan L. Hewitt, that the above-captioned action be and hereby is dismissed with prejudice forthwith.

In consideration of the Stipulation entered by the parties, <u>Noble v. Woodford</u>, United States District Court, Eastern District of California, Case No. 1:05-cv-00321 OWW-DLB P is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2).

///

///

```
Date:    4/1/09      , 2009      /s/ Steve J. Noble IV
                                 STEVE J. NOBLE IV
                                 Plaintiff In Pro Per


Date:    6/18        , 2009      /s/ Shanan L. Hewitt
                                 SHANAN L. HEWITT
                                 Attorney for Defendant
                                 JEANNE WOODFORD
```

**IT IS SO ORDERED**.

IT IS SO ORDERED.

**Dated:   July 16, 2009**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE