# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE JOSEPH NOBLE, IV, | CASE NO. 1:05-CV-00321-OWW-DLB-P |
| Plaintiff, | ORDER |
| v. | |
| JEANNE WOODFORD, | |
| Defendant. | |

In consideration of the Stipulation entered by the parties, this action is HEREBY ORDERED DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2).

IT IS SO ORDERED.

**Dated:   July 17, 2009**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

1